**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DANIEL ERIC COBBLE**
**No. 758572**                                                                                **PLAINTIFF**

**V.**                         **No. 4:14CV00490 SWW**

**CITY OF CLARKSVILLE and**
**ARKANSAS STATE PATROL**                                             **DEFENDANTS**

### ORDER

On August 21, 2014, Daniel Eric Cobble, an inmate the Hancock State Prison in Sparta, Georgia, filed a Complaint (docket entry #2) under 42 U.S.C. § 1983. Mr. Cobble alleges that the City of Clarksville, Arkansas, and the Arkansas State Patrol violated his constitutional rights.

Clarksville is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Fort Smith Division, Judge Isaac C. Parker Federal Building, 30 South th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED this 26th day of August 2014.

                                                              /s/Susan Webber Wright
                                                              UNITED STATES DISTRICT JUDGE